**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANY BARBA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>THE ABBOT KINNEY, LLC d/b/a THE TASTING KITCHEN, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:  2:22-cv-07075-JFW-AS<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br><br>Complaint filed:    September 29, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims.  Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

  **IT IS SO ORDERED.**

DATED:  APRIL 14, 2023   By: _____

            Hon. John F. Walter
            United States District Judge

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:22-cv-07075-JFW-AS